NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1289

CRATER CORPORATION,

Plaintiff-Appellant,

v.

LUCENT TECHNOLOGIES, INC. and AT&T COMPANY,

Defendants-Appellees,

and

UNITED STATES,

Defendant.

Robert Schultz, Schultz & Associates LLP, of Chesterfield, Missouri, argued for plaintiff-appellant. With him on the brief was Ronald J. Eisenberg.

K. Lee Marshall, Bryan Cave LLP, of St. Louis, Missouri, argued for defendants-appellees. With him on the brief was Louis F. Bonacorsi.

Appealed from: United States District Court for the Eastern District of Missouri

Judge E. Richard Webber

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1289

CRATER CORPORATION,

Plaintiff-Appellant,

v.

LUCENT TECHNOLOGIES, INC. and AT&T COMPANY,

Defendants-Appellees,

and

UNITED STATES,

Defendant.

# Judgment

ON APPEAL from the     United States District Court for the Eastern District of Missouri

in CASE NO(S).     4:98-CV-00913

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 2, 2009          /s/ Jan Horbaly
                              Jan Horbaly, Clerk